

# HESKIN & PROPER, PLLC

641 Lexington Avenue, 14ᵗʰ Floor
New York, New York 10573
Telephone 407-403-5990

Granted. The Initial Pretrial
Conference is adjourned to May
15, 2026 at 2:30 p.m.

*[signature]*

3/10/2026

Shane R. Heskin, Esquire
Shane@heskinproper.com

Justin E. Proper, Esquire
Justin@heskinproper.com

March 9, 2026

*VIA ECF/SDNY*

Hon. Denise L. Cote
United States District Judge
United States District Court for the Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

Re: Alexander Electric, Inc., et al. v. Ridge Funding, LLC, et al., 26 Civ. 199 (DLC) Request
for 60-Day Adjournment of Initial Pretrial Conference (Currently March 12, 2026)

Dear Judge Cote:

I represent Plaintiff in the above-referenced action. Pursuant to the Court's Notice of Initial Pretrial
Conference and Your Honor's Individual Rules, the parties respectfully request a 60-day
adjournment of the initial pretrial conference currently scheduled for March 12, 2026, at 2:30 p.m.

In support of this request, and as required by the Court's procedures for adjournments:

1. Original conference date**:** March 12, 2026, at 2:30 p.m.
2. Number of prior adjournment/extension requests**: None**.
3. Whether prior requests were granted or denied**: N/A**.
4. Reason for the current request: Plaintiff requires additional time to complete service of process upon certain Defendants. Service is presently being effectuated through "nail and mail" pursuant to CPLR 308(4).
5. Adversary's position: Counsel for Plaintiffs has not conferred with Defendants, as no Defendants have appeared.

Plaintiff respectfully requests that the conference be adjourned approximately 60 days, to a date at
the Court's convenience on or after May 11, 2026 (or such other date and time as the Court may

direct). The parties will correspondingly submit the Proposed Civil Case Management Plan and joint preconference letter by the deadline set by the Court in connection with the rescheduled date.

We appreciate the Court's consideration of this request.

Respectfully submitted,

HESKIN & PROPER, PLLC

Shane R. Heskin