```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
ALEXANDER ELECTRIC, INC., et al.,        :
                                         :            26cv199 (DLC)
                         Plaintiffs,     :
                                         :                ORDER
            -v-                          :
                                         :
RIDGE FUNDING, LLC, et al.,              :
                                         :
                         Defendants.     :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Plaintiffs filed an Amended Complaint in this action on May 4, 2026, naming ACME Funding NY Corp. (ACME) and Ridge Funding NY Corp. (Ridge Funding), among others, as defendants.  ACME and Ridge Funding were served with the Amended Complaint on May 11, triggering a June 1 deadline to answer or otherwise respond. Plaintiffs filed a Second Amended Complaint on May 18.  In a letter of May 27, ACME and Ridge Funding requested a 60-day extension of their answer deadline, citing the need for additional time to secure counsel.

An initial pretrial conference in this action is scheduled for July 17, 2026 at 2:30 p.m. in Courtroom 18B, 500 Pearl Street, New York, New York.  Although a natural person may represent himself, a corporation, partnership, or limited liability company must be represented by an attorney in federal

court.  Lattanzio v. COMTA, 481 F.3d 137, 139-40 (2d Cir. 2007).
Accordingly, it is hereby

ORDERED that ACME and Ridge Funding's deadline to answer or
otherwise respond is extended to **July 10, 2026.**  Notices of
appearance by counsel for ACME and Ridge Funding shall also be
filed by that date.  Failure to submit a notice of appearance
may result in entry of a default judgment against ACME and Ridge
Funding.  A copy of this Order will be mailed to ACME and Ridge
Funding at the address provided on the May 27 letter.

IT IS FURTHER ORDERED that plaintiffs shall promptly file
proof of service of the Second Amended Complaint on all
defendants.

Dated:    New York, New York
          June 3, 2026

_____
DENISE COTE
United States District Judge

2