UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER ELECTRIC, INC., et al.,<br>Plaintiffs,<br>-v-<br>RIDGE FUNDING NY Corp et al.,<br>Defendants. | 26cv199 (DLC)<br><br>ORDER |

DENISE COTE, District Judge:

Plaintiffs filed the Second Amended Complaint in this action on May 18, 2026. On July 10, defendants moved, pursuant to Rules 12(b)(6) and 12(b)(7), Fed. R. Civ. P., to dismiss the Second Amended Complaint. On July 12, plaintiffs filed a letter request to adjourn the initial pretrial conference scheduled for July 17. On July 13, defendants filed a letter expressing their consent to the plaintiffs' adjournment request and the parties' agreement that both the initial pretrial conference and discovery should be stayed pending a settlement conference before a Magistrate Judge. Accordingly, it is hereby

ORDERED that, should plaintiffs choose to amend their complaint for a third time, they must do so by **August 7, 2026.** It is unlikely that plaintiffs will have further opportunity to amend. If plaintiffs do not choose to amend their complaint, they shall file their opposition to the motion to dismiss by

**August 7, 2026.** Defendants' reply, if any, is due **August 21, 2026.** At the time any reply is filed, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that the parties shall contact the chambers of Magistrate Judge Valerie Figueredo prior to **July 20, 2026** in order to schedule settlement discussions under her supervision to occur during **August 2026.**

IT IS FURTHER ORDERED that the initial pretrial conference scheduled for July 17, 2026 at 2:30 P.M. is adjourned sine die. All discovery is stayed.

Dated: New York, New York
July 15, 2026

DENISE COTE
United States District Judge