**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

ALEXANDER ELECTRIC, INC.,

Plaintiff,

-against-

RIDGE FUNDING, LLC, et al.,

Defendants.

---------------------------------------------------------------X

**26-CV-00199 (DLC)**

**ORDER RESCHEDULING SETTLEMENT CONFERENCE**

**VALERIE FIGUEREDO, United States Magistrate Judge:**

Pursuant to Defendants' request at ECF No. 46, the settlement conference in this matter is rescheduled to **Monday, November 9, 2026 at 10 a.m.** in Courtroom 17-A, United States Courthouse, 500 Pearl Street, New York, New York. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to prepare pre-conference submissions in accordance with Judge Figueredo's Standing Order Applicable to Settlement Conferences (located at https://www.nysd.uscourts.gov/honvalerie-figueredo).

Pre-conference submissions must be submitted by e-mail to the Court no later than **November 2, 2026.**

The Clerk of Court is respectfully directed to close the motion at ECF No. 46.

**SO ORDERED.**

DATED: New York, New York
July 30, 2026

VALERIE FIGUEREDO
United States Magistrate Judge