UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALEXANDER ELECTRIC, INC., et al., Plaintiffs, -v- RIDGE FUNDING NY Corp et al., Defendants. | 26cv199 (DLC) SEALING ORDER |

DENISE COTE, District Judge:

Having received the plaintiffs' request of September 14, 2026 to seal and/or redact certain filings containing confidential bank account and Social Security numbers, it is hereby

ORDERED that the plaintiffs' request is granted.

IT IS FURTHER ORDERED that the Clerk of Court shall seal the following filings: ECF Nos. 12-7, 12-9, 12-11, 15-7, 15-9, 15-11, 20-7, 20-9, 20-11, and 20-15.

IT IS FURTHER ORDERED that the plaintiffs shall re-file ECF Nos. 20-7, 20-9, 20-11, and 20-15 with confidential bank account and Social Security numbers redacted by **September 25, 2026.**

Dated: New York, New York
September 15, 2026

DENISE COTE
United States District Judge