UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------- X

SHANGHAI WHOLESALE, LLC, TRAYLOR ELECTRIC CO., INC., ALEXANDER ELECTRIC, INC., and BERMUDEZ ROOFING COMPANY, LLC,

Plaintiffs,

-v-

MICHAEL VASQUEZ, RIDGE FUNDING NY CORP., IMMENSITY PARTNERS, LLC, and ACME FUNDING NY CORP.,

Defendants.

---------------------------------------- X

26cv199(DLC)

ORDER

DENISE COTE, District Judge:

It having been reported to this Court that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by **December 18, 2026.** If no such application is made by that date, today's dismissal of the action is with prejudice. See Muze, Inc. v. Digital On Demand, Inc., 356 F.3d 492, 494 n.1 (2d Cir. 2004).

Dated: New York, New York
November 18, 2026

DENISE COTE
United States District Judge